and *Messrs. Whitney North Seymour, John MacC. Hudson, J. P. Jackson,* and *Erwin N. Griswold* for respondent.

No. 606. STILLWELL THEATRE, INC. *v.* KAPLAN; No. 607. ROSEKAY AMUSEMENT CORP. *v.* SAME; and No. 608. WINDSOR CIRCUIT CORP. *v.* SAME. February 13, 1933. Petition for writs of certiorari to the Supreme Court of New York denied. *Mr. David P. Siegel* for petitioners. No appearance for respondent.

No. 610. DOBRA *v.* LINDSEY, U. S. IMMIGRATION INSPECTOR. February 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John L. Darrouzet* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Harry S. Ridgely,* and *Wm. H. Riley, Jr.,* for respondent.

No. 612. INDUSTRIAL COMMISSION ET AL. *v.* ILLINOIS CENTRAL R. Co. February 13, 1933. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Edwin W. Sims* for petitioners. *Messrs. R. V. Fletcher* and *Edward C. Craig* for respondent.

No. 622. NEELY *v.* STACY ET AL. February 13, 1933. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Messrs. M. Casewell Heine* and *George Gordon Battle* for petitioner. *Mr.*

*Theodore D. Parsons* for respondents.

Nos. 552 and 554. TUNNEL RAILROAD OF ST. LOUIS *v.* COMMISSIONER OF INTERNAL REVENUE;

Nos. 553 and 555. ST. LOUIS BRIDGE CO. *v.* SAME; and

Nos. 556 and 557. TERMINAL RAILROAD ASSN. *v.* SAME. February 14, 1933. Orders denying certiorari withheld on motion of *Mr. Fred Esch* for petitioners. On denial of rehearing, March 13, orders were again effective.

No. 673. BOURKE, ADMINISTRATRIX, *v.* PENNSYLVANIA R. Co. February 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Charles F. Hext* for petitioner. No appearance for respondent.

No. 674. ELLIS *v.* UNITED STATES. February 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Ed O. Ellis, pro se.* No appearance for the United States.

No. 638. MORTON *v.* UNITED STATES. February 20, 1933. The petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit is denied, for the reason that application for the writ of certiorari was not made within the time provided by law. Act of February 13, 1925, § 8 (a), 43 Stat. 936, 940; U. S. Code, Title 28, § 350. *Mr. Alvin D. Blieden* for petitioner. *Solicitor General Thacher* for the United States.